1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT

| | |
|---|---|
| CHRISTOPHER STEPHENS, ) | Case No. CV 08-4151-RSWL (JWJ) |
|           Petitioner, ) | **ORDER TO SHOW CAUSE** |
|    v. ) | |
| JAMES YATES, Warden, ) | |
|           Respondent. ) | |

On April 10, 2009, respondent filed a Motion to Dismiss petitioner's Petition for Writ of Habeas Corpus. On April 15, 2009, this Court issued a Minute Order ordering that "[a]ny Opposition [to respondent's Motion to Dismiss] shall be served and filed by April 29, 2009." To date, petitioner has not filed an Opposition to respondent's Motion to Dismiss petitioner's Petition for Writ of Habeas Corpus.

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

Petitioner shall have **fourteen days from the date of this Order** to show cause why he has not filed an Opposition to respondent's Motion to Dismiss petitioner's Petition for Writ of Habeas Corpus or to file an

1 Opposition to respondent's Motion to Dismiss. If petitioner does not file an
2 Opposition to the Motion to Dismiss or show reasonable cause for his failure
3 to do so within fourteen days of the date of this Order, the Court will deem
4 this matter under submission and will rule on respondent's Motion to
5 Dismiss.

7 DATED: May 15, 2009

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge